FILED

**FOR PUBLICATION**

NOV 21 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD DALE STOKLEY, | No. 09-99004 |
| Petitioner - Appellant, | D.C. No. 4:98-CV-00332-FRZ District of Arizona, Tucson |
| v. | |
| CHARLES L. RYAN, | ORDER |
| Respondent - Appellee. | |

Before: McKEOWN, PAEZ, and BEA, Circuit Judges.

The Order issued on November 15, 2012, is withdrawn and an Amended

Order is filed concurrently with this order. With that amendment, Judges

McKeown and Bea vote to deny Stokley's petition for panel rehearing and Judge

Paez votes to grant the petition. No further petitions for panel rehearing will be

entertained.